UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Shannon Burgess, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Cherokee County School District; and Principal Gavin Fisher, individually and in his official capacity,<br><br>Defendants. | C.A. No. 7:19-cv-02704-DCC<br><br>[formerly Court of Common Pleas for Seventh Judicial Circuit – C.A. No. 2019-CP-00546]<br><br>NOTICE OF REMOVAL |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Cherokee County School District (hereinafter "the District"), Principal Gavin Fisher (hereinafter "Fisher") (collectively, "Defendants"), by and through their undersigned counsel, hereby file their Notice of Removal, based on the following grounds:

1.   The above-listed parties are Defendants in the State Circuit Court action styled as Shannon Burgess, individually and on behalf of all others similarly situated v. Cherokee County School District; and Principal Gavin Fisher, individually and in his official capacity, C.A. No.: 2019-CP-11-00546 ("State Court Action").

2.   Plaintiff Shannon Burgess commenced the State Court Action by filing an amended summons ("Summons") and complaint ("Complaint") in the South Carolina Court of Common Pleas for Cherokee County, on September 5, 2019, and the undersigned accepted service of said Amended Summons and Complaint on behalf of the District and Defendants on September 5, 2019. Subsequently, Copies of the Amended Summons and Complaint and are attached as **Exhibit A** and constitute all process, pleadings, and orders received by Defendants.

3. The present action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 (federal question) and is one which Defendants may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) because Plaintiff's claims arise under the laws of the United States, and the court where such action is pending is embraced by the Spartanburg Division of the District Court of South Carolina.

4. In Plaintiff's First Cause of Action set forth in her Complaint, Plaintiff asserts a claim to recover unpaid wages (minimum and overtime) pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201. Therefore, Plaintiff's Complaint may be properly removed based on federal question jurisdiction under 28 U.S.C. § 1331.

5. This Notice of Removal is filed within thirty (30) calendar days after receipt by Defendants, by service or otherwise, of a copy of Plaintiff's Complaint setting forth Plaintiff's federal claim and other claim for relief and is, therefore, timely under 28 U.S.C. § 1446(b)(3).

6. Venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (2) as the United States District Court of South Carolina, Spartanburg Division is the district and division wherein the facts giving rise to this action occurred.

7. Defendants will file a copy of this Notice of Removal with the Clerk of Court of Common Pleas of Cherokee County, South Carolina and will give written notice of the removal to Plaintiff by serving a copy of the Notice of Removal on Plaintiff's counsel, as required by 28 U.S.C. § 1446(d). Copies of the Notice to Circuit Court of Filing of Notice of Removal and Notice to Plaintiff of Removal are attached hereto as **Exhibit B** and **Exhibit C**.

8. The District and Defendants' Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. *See* 28 U.S.C § 1446(a).

WHEREFORE, Defendants pray that this Court accept this Notice of Removal taking jurisdiction of the above-entitled case and that all further proceedings in the South Carolina Court of Common Pleas, Cherokee County, bearing Civil Action No. 2019-CP-11-00546 be stayed.

*Respectfully Submitted by,*

WHITE & STORY, LLC

By: s/ Andrea E. White
    Andrea E. White (Fed ID No. 5620)
    Maire E. Flynn (Fed ID No. 13088)
    P.O. Box 7036
    Columbia, SC  29202
    T: 803.814.0993
    F: 803.814.1183
    awhite@sodacitylaw.com
    mflynn@sodacitylaw.com

**Attorneys for Cherokee County School District and Principal Gavin Fisher**

September 23, 2019
Columbia, South Carolina